**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Brandy M. Swiech aka Brandy M. Tonini,<br>　　　　Debtor<br><br>Quicken Loans Inc.,<br>　　　　Movant<br>　vs.<br><br>Brandy M. Swiech aka Brandy M. Tonini,<br>　　　　Respondent<br><br>Charles O. Zebley, Jr,<br>　　　　Trustee | Case No. 17-24653 CMB<br><br>CHAPTER 7<br><br>Related to Document 15, 18 |

## ORDER OF COURT

AND NOW, this __20th__ day of __February__, 2018, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____
U.S. Bankruptcy Judge

Consented to by:

*/s/ Robert H. Slone, Esquire*
Robert H. Slone, Esquire
223 South Maple Avenue
Greensburg, PA 15601
Counsel for Debtor
robertslone223@gmail.com

*/s/ Charles O. Zebley, Jr., Esquire*
Charles O. Zebley, Jr., Esquire
P.O. Box 2124
Uniontown, PA 15401
Trustee
COZ@zeblaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire

FILED
2/20/18 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Brandy M. Swiech
    Debtor

Case No. 17-24653-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Feb 20, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db         Brandy M. Swiech,  330 Charlies Rd,   Smithton, PA  15479-8737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
          Charles O. Zebley, Jr.   COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
          James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone   on behalf of Debtor Brandy M. Swiech robertslone223@gmail.com,
     rslone@pulsenet.com;G17689@notify.cincompass.com
     TOTAL: 4