# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brandy M. Swiech aka Brandy M. Tonini<br>                                Debtor(s) | |
| Quicken Loans Inc.<br>                                Movant<br>v.<br>Brandy M. Swiech aka Brandy M. Tonini<br>                                Respondent(s)<br>and<br>Charles O. Zebley, Jr., Esq., Trustee<br>                                Additional Respondent | BK. NO. 17-24653 CMB<br><br>CHAPTER 7<br>Related to Docket #  21<br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 2nd day of April, 2018, at Pittsburgh, upon Motion of Quicken Loans Inc., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 284 Bridge Street, Hunker, PA 15639 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Carlota M. Böhm*
United States Bankruptcy Judge    **dmr**

FILED
4/2/18 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Brandy M. Swiech aka Brandy M. Tonini
330 Charles Rd.
Smithton, PA 15479-8737

Robert H. Slone, Esq.
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA 15601
robertslone223@gmail.com

Charles O. Zebley, Jr., Esq.
P.O. Box 2124 (VIA ECF)
Uniontown, PA 15401


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-24653-CMB
Brandy M. Swiech                                                    Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric           Page 1 of 1            Date Rcvd: Apr 02, 2018
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db             Brandy M. Swiech,    330 Charlies Rd,    Smithton, PA    15479-8737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
     Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
     James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Robert H. Slone    on behalf of Debtor Brandy M. Swiech robertslone223@gmail.com,
      rslone@pulsenet.com;G17689@notify.cincompass.com
                                                                                                  TOTAL: 4